**John BERMAN, an individual, and as a guardian of the person, Plaintiff–Appellant,**

v.

**David MODELL, an individual and as guardian of property, Defendant–Appellee.**

No. 15–1047.

United States Court of Appeals, Fourth Circuit.

Submitted: July 29, 2015.

Decided: Aug. 31, 2015.

John Berman, Appellant Pro Se. James Edward Dickerman, Eccleston & Wolf, PC, Hanover, Maryland, for Appellee.

Before WILKINSON, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Berman appeals the district court's order dismissing his case for failure to state a claim upon which relief could be granted. We have reviewed the record and find no reversible error. Accordingly, we grant Berman's motion for leave to file a corrected reply brief and affirm for the reasons stated by the district court. *Berman v. Modell,* No. 8:14–cv–00728–MAB (D.Md. Nov. 21, 2014, Dec. 15, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*